```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA     :    CRIMINAL 04-767(MLC)

       vs.                   :    ORDER APPOINTING FEDERAL
                                       PUBLIC DEFENDER
NIJELL GAINES                :
```

The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown;  it is on this 24th day of June, 2009,

ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of this court.

   S/Mary L. Cooper   
**MARY L. COOPER,**
United States District Judge

cc:  Federal Public Defender